# CHAPTER 13 PLAN

Case No. 12-00235-BGC-13

Debtor(s): **Stewart, Tommy C.**  SS#: **4311**  Net Monthly Earnings: $ **646.00**
**Stewart, Dantranett H**  SS#: **6316**  Number of Dependents: **2**

## I. Plan Payments:

☒ Debtor(s) propose to pay direct a total of $ **646.00** ☐ weekly ☐ biweekly ☐ semi-monthly ☒ monthly into the plan; or
☐ Payroll deduction order to:

Length of plan is approximately **60** months, and the total debt to be paid through the plan is approximately $ **38,760.00**.

## II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

### A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| None | | | |

### B. Total Attorney Fee: $ **2,750.00** ; $ **600.00** paid pre-petition; $ **1,000.00** to be paid at confirmation and **Prorata** per month.

### C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By Debtor | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| Ocwen Loan Servicing | 26,030.00 | | 296.00 | 02/2013 | 0.00 | 0 | 0% | 0.00 |
| Select Protfolio Services | 100,903.00 | | 823.00 | 02/2013 | 0.00 | 0 | 0% | 0.00 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Ford Motor Credit Company | 50.00 | 3,344.00 | 5,000.00 | 0.00 | 2006 Ford | 5.25 | 69.66 | upon conf |
| Ford Motor Credit Company | 250.00 | 25,597.00 | 25,000.00 | 597.00 | 2011 Ford F-150 | 5.25 | 533.25 | upon conf |

## III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

☐ This is an original plan.
☒ This is an amended plan replacing plan dated **02-22-2013**.
☒ This plan proposes to pay unsecured creditors **0** %
☐ Other provisions:

Dated: **April-15-2013**

**/s/ Tommy C. Stewart**
Signature of Debtor

**/s/ George Babakitis**
Signature of Attorney

**/s/ Dantranett H Stewart**
Signature of Spouse (if applicable)

**George Babakitis**
**Attorney at law**
**2015 First Avenue North**
**Birmingham, AL 35203-4101**
**(205) 422-4591**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April 2013, I deposited or caused to be deposited in the regular United States Mail, at Birmingham, Alabama a copy of the amended Chapter 13 Plan Summary, enclosed in a sealed envelope with the first class mail postage prepaid, addressed to each of the persons or entities at the addresses listed on the credit matrix and trustee named below:

D Sims Crawford
Standing Chapter-13 Trustee
Northern District of Alabama
P. O. Box 10848
Birmingham, AL 35202


/S/ George Babakitis
OF COUNSEL

Stewart, Tommy C.
1008 Ethel Lane
Birmingham, AL  35235

Gordon's
Post Office Box 6497
Sioux Falls, SD  57117-6497

Weather Guard Roofing
1861 Alton Road
Birmingham, AL  35210

Stewart, Dantranett H
1008 Ethel Lane
Birmingham, AL  35235

Home Design
C/O Post Office Box 965036
Orlando, FL  32896-5036

George Babakitis
2015 First Avenue North
Birmingham, AL  35203-4101

Ocwen loan servicing
Suite 100
1661  Worthington Road
West Palm Beach, FL  33409

Americas First Federal Credit Union
1200 Fourth Avenue North
Post Office Box 11349
Birmingham, AL  35203-1631

Pineer Milary Loan
Fort Stewart
103 West Genral Screven
Hinesville, AL  31313

Capital One
P O Box 30253
Salt Lake City, UT  84130-0253

Pioneer MCB
3240 East Tropicana
Las Vegas, NV  89121

Children Place
Post Office Box 6497
Sioux Falls, SD  57117

Regions Bank
Post Office Box 11007
Birmingham, AL  35288-0002

Credit Solutions Corp
Suite 200
5454 Ruffin Road
San Diego, CA  92123

Select Protfolio Services
10401 Deerwood Park BV
Jacksonville, FL  32256

Ford Motor Credit Company LLC
Post Office Box 542000
Omaha, NE  68154

State Farm Bank
Post Office Box 2316
Bloomington, IL  61702-2316

Gecrb/Sams Club
Post Office Box 965005
Orlando, FL  32896-5005

The Home Depot
P O Box 6497
Sioux Falls, SD  57117-6497

GECRB/Walmart
Post Office Box 965024
Orlando, FL  32896-5024

Toy R Us
Post Office Box 965001
Orlando, FL  32896